AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

The Prudential Insurance Company of America

Plaintiffs,

v.

Winters et al

Defendants.

DEFAULT

JUDGMENT IN A CIVIL CASE

Case Number: 2:25-cv-02050-JAD-DJA

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT entered in favor of  Plaintiff, The Prudential Insurance Company of America, and against Defendant, Christine Winters, under Fed. R. Civ. P. 55(b).

04/01/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ ALZ
_____
Deputy Clerk