## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                    Plaintiff,

    v.

CHRISTINE WINTERS AND MARYNELL
LUND a/k/a MARYNELL TAPP

                    Defendants.

Civil Action No.: 2:25-cv-02050-JAD-DJA

**STIPULATION AND ORDER OF DISMISSAL**

ECF Nos. 18, 19

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the within matter and any all claims asserted or which could have asserted in this action are hereby dismissed without costs.

/s/ Sarai L. Brown
_____
Sarai L. Brown, Esq.
**Skane Mills**
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Tel: 702-363-2535
Email: sbrown@skanemills.com
Attorneys for Plaintiff, The Prudential
Insurance Company of America

/s/ Zachary A. Gerber
_____
Zachary A. Gerber, Esq.
**Gerber Law Offices, LLP**
491 4th Street
Elko, Nevada 89801
Tel.: 775-777-4357
Fax: 775-738-8198
Email: zag@gerberlegal.com
Attorneys for Defendant,
Marynell Lund a/k/a Marynell Tapp

**ORDER**

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Motion to Release Funds **[ECF No. 18]** is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 4, 2026